IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

FRANCES RENEE MILLER/PERRY,
ADC #708998                                                                                   PLAINTIFF

v.                                       1:09CV00025JMM/HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                   DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly

IT IS, THEREFORE, ORDERED that defendant Arkansas Department of Correction is hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 8th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE