IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

FRANCES RENEE MILLER/PERRY,
ADC #708998                                                                                       PLAINTIFF

1:09CV00025JMM/HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                     DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss (DE #20) is hereby GRANTED, and plaintiff's complaint against defendants is hereby DISMISSED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 28th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE