IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

FRANCES RENEE MILLER/PERRY,
ADC #708998                                                                                          PLAINTIFF

1:09CV00025JMM/HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of August, 2009.


_____
UNITED STATES DISTRICT JUDGE